IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RANDALL J. PANE; AND MICHELE A. PANE,<br>Petitioners,<br>vs.<br>THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE LYNNE K. SIMONS, DISTRICT JUDGE,<br>Respondents,<br>and<br>BANK OF AMERICA, N.A.; CITIMORTGAGE, INC.; NATIONAL DEFAULT SERVICING CORPORATION; AND POKER BROWN, LLC,<br>Real Parties in Interest. | No. 79423<br><br>FILED<br><br>OCT 24 2019<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

*ORDER DENYING PETITION FOR*
*WRIT OF MANDAMUS OR PROHIBITION*

This original petition for a writ of mandamus or prohibition challenges district court orders granting a motion to expunge a lis pendens and partially granting a motion to dismiss.

Having considered the petition and supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). As

petitioners recognize, the same legal issues are pending before this court in Docket No. 76059, and the district court has stayed execution of the Writ of Possession at issue in that appeal. We therefore are not persuaded that it would be beneficial to consider those same legal issues in the context of challenges to the order expunging the lis pendens or the order partially granting Poker Brown, LLC's motion to dismiss. Accordingly, we

ORDER the petition DENIED.[1]

_____ C.J.
Gibbons

_____ , J.
Parraguirre

_____ , Sr. J.
Douglas

cc:    Hon. Lynne K. Simons, District Judge
       Wayne M. Pressel
       Walsh, Baker & Rosevear, P.C.
       Tiffany & Bosco, P.A.
       Aldridge Pite, LLP
       Washoe District Court Clerk

[1]The Honorable Michael Douglas, Senior Justice, participated in the decision of this matter under a general order of assignment.